# COPY

July 6, 2010

Jim Letten
United States Attorney
Eastern District of Louisiana
500 Poydras Street
Suite B-210
New Orleans, Louisiana 70130

Dear Mr. Letten:

                    Re:    Louisiana State Police video of search and arrest of
                           Alejandro Soliz, case no. 10-50 (E.D. La.)

      In conjunction with the recent sentencing hearing for defendant Alejandro Soliz, case no. 10-50 (E.D. La.), the Court reviewed video footage shot from a Louisiana State Police trooper vehicle of the search and arrest of Mr. Soliz.  The video footage shows a Louisiana State Police trooper who was involved with the search and arrest, without apparent cause, strike Mr. Soliz in the back of the head and/or neck with what appears to be a flashlight or similar item.  The video footage also shows three other troopers laughing at this act.  I have reviewed the investigation report and it contains no mention of the troopers' behavior.

      I stated at Mr. Soliz's sentencing hearing that I would inform your office of these troopers' behavior and forward copies of the video and investigation report, the latter of which contains the names of the troopers present at the search and arrest of Mr. Soliz.  These items are enclosed for your consideration and appropriate action.

      With best regards, I am

                                    Sincerely,


                                    Eldon E. Fallon

EEF/lb

Encls.

CC:    David W. Welker, Special Agent in Charge, FBI New Orleans
         Michael D. Edmonson, Superintendent, Louisiana State Police
         Valerie Jusselin, Assistant Federal Public Defender
         Andre Jones, Assistant United States Attorney

# COPY

July 6, 2010

David W. Welker
Special Agent in Charge
FBI New Orleans
2901 Leon C. Simon Blvd.
New Orleans, Louisiana 70126

Dear Mr. Welker:

        Re:    Louisiana State Police video of search and arrest of Alejandro Soliz, case no. 10-50 (E.D. La.)

      In conjunction with the recent sentencing hearing for defendant Alejandro Soliz, case no. 10-50 (E.D. La.), the Court reviewed video footage shot from a Louisiana State Police trooper vehicle of the search and arrest of Mr. Soliz.  The video footage shows a Louisiana State Police trooper who was involved with the search and arrest, without apparent cause, strike Mr. Soliz in the back of the head and/or neck with what appears to be a flashlight or similar item.  The video footage also shows three other troopers laughing at this act.  I have reviewed the investigation report and it contains no mention of the troopers' behavior.

      I stated at Mr. Soliz's sentencing hearing that I would inform your office of these troopers' behavior and forward copies of the video and investigation report, the latter of which contains the names of the troopers present at the search and arrest of Mr. Soliz.  These items are enclosed for your consideration and appropriate action.

      With best regards, I am

                                        Sincerely,

                                        Eldon E. Fallon

EEF/lb

Encls.

CC:    Michael D. Edmonson, Superintendent, Louisiana State Police
          Jim Letten, United States Attorney, Eastern District of Louisiana
          Valerie Jusselin, Assistant Federal Public Defender
          Andre Jones, Assistant United States Attorney

# COPY

July 6, 2010

Michael D. Edmonson
Superintendent
Louisiana State Police
7919 Independence Blvd.
Baton Rouge, Louisiana 70806

Dear Mr. Edmonson:

      Re:    Louisiana State Police video of search and arrest of
                Alejandro Soliz, case no. 10-50 (E.D. La.)

      In conjunction with the recent sentencing hearing for defendant Alejandro Soliz, case no. 10-50 (E.D. La.), the Court reviewed video footage shot from a Louisiana State Police trooper vehicle of the search and arrest of Mr. Soliz. The video footage shows a Louisiana State Police trooper who was involved with the search and arrest, without apparent cause, strike Mr. Soliz in the back of the head and/or neck with what appears to be a flashlight or similar item. The video footage also shows three other troopers laughing at this act. I have reviewed the investigation report and it contains no mention of the troopers' behavior.

      I stated at Mr. Soliz's sentencing hearing that I would inform your office of these troopers' behavior and forward copies of the video and investigation report, the latter of which contains the names of the troopers present at the search and arrest of Mr. Soliz. These items are enclosed for your consideration and appropriate action.

      With best regards, I am

                                                Sincerely,

                                                Eldon E. Fallon

EEF/lb

Encls.

CC:    David W. Welker, Special Agent in Charge, FBI New Orleans
        Jim Letten, United States Attorney, Eastern District of Louisiana
        Valerie Jusselin, Assistant Federal Public Defender
        Andre Jones, Assistant United States Attorney